IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY HERSHBERGER** | : | CIVIL ACTION NO. 1:CV-13-2795 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| **v.** | : | |
| | : | |
| **LIBERTY LIFE ASSURANCE OF BOSTON** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the court in the captioned action is an April 3, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 28th day of April, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Mehalchick. Defendant's motion for summary judgment (Doc. No. 14) is **GRANTED**. Plaintiff's motion for summary judgment (Doc. No. 11) is **DENIED**. Final judgment shall be entered in favor of the Defendant. The Clerk of Court shall **CLOSE** the case.

    S/ Yvette Kane
    YVETTE KANE, District Judge
    United States District Court
    Middle District of Pennsylvania